OFFICIAL ANNOUNCEMENT OF THE RESULTS OF THE JULY 2018 OHIO BAR EXAMINATION
On July 24, 25, and 26, 2018, the Ohio Bar Examination was administered in Wilmington. The results of that examination were released on October 26, 2018. Out of 863 applicants, 603 (69.9 percent) received passing scores; out of 712 first-time applicants, 79 percent received passing scores. The names, cities, and counties of the successful applicants appear below.
The oath of office will be administered to applicants who were successful on the examination and who have satisfied all the Supreme Court's other requirements for admission. The oath will be administered during a special public session of the Supreme Court that will be held at the Palace Theatre, 34 West Broad Street, in Columbus, on Tuesday, November 13, 2018.
On November 13, at 10:30 A.M., the oath will be administered to eligible applicants from the Ohio State University, Capital University, University of Dayton, University of Cincinnati, and Northern Kentucky University. At 2:00 P.M., the oath of office will be administered to eligible applicants from Cleveland State University, Case Western Reserve University, University of Toledo, Ohio Northern University, University of Akron, and other, out-of-state law schools. Allen Ashland Ashland Auglaize Minster Brown Georgetown Springfield Clermont Darke Greenville Greenville Delaware Erie Fairfield Franklin Fulton Delta Guernsey Salesville Cambridge Cincinnati I Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Blue Ash Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Blue Ash Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Loveland Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Terrace Park Cincinnati Terrace Park Cincinnati Cincinnati Cincinnati Hardin Highland Hillsboro Hocking Shreve Lake Licking Bellefontaine Lorain Madison • Mahoning Medina Miami Montgomery Muskingum Zanesville Ottawa Pickaway Mt. Sterling Portage Preble West Alexandria Richland Ross Chillicothe Stark Summit Trumbull Union Washington Wayne hWood